# IN THE SUPREME COURT OF THE STATE OF NEVADA

TC WESTSHORE, LLC,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
KATHLEEN E. DELANEY, DISTRICT
JUDGE,
Respondents,
and
FX LUXURY LAS VEGAS I, LLC,
Real Party in Interest.

No. 70415

FILED

MAY 19 2016

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a petition for a writ of mandamus and prohibition challenging a district court order denying a motion to dismiss in a commercial eviction matter. Having considered the documents and arguments presented in this matter, we conclude that our extraordinary

16-15817

intervention is not warranted. *See Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 228, 88 P.3d 840, 844 (2004).[1]  Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.                    _____, J.
Saitta                                          Pickering

cc:    Hon. Kathleen E. Delaney, District Judge
       Marquis Aurbach Coffing
       McDonald Carano Wilson LLP/Las Vegas
       Eighth District Court Clerk

---

[1]Petitioner's emergency motion to stay the district court hearing is denied as moot.  We note that the motion could be denied on the alternate basis that petitioner failed to first seek a stay in the district court.  NRAP 8(a)(1).  Petitioner failed to demonstrate that first moving for a stay in the district court would have been impracticable.  NRAP 8(a)(2)(A)(i).